## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| REBAR TRADE ACTION COALITION, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 17-00202 |
| UNITED STATES, ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on him. The individual attorney in the Government, who is responsible for the litigation, is Jessica Lee Cole.

Dated: September 5, 2017

s/Reza Karamloo
Reza Karamloo
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel: (202) 482-4470
Fax: (202) 482-4912
Email: reza.karamloo@trade.gov