NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HABAS SINAI VE TIBBI GAZLAR ISTIHSAL ENDUSTRISI A.S.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, REBAR TRADE ACTION COALITION,**
*Defendants-Appellees*

---

2020-1506

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00202-LMG, 1:17-cv-00203-LMG, Senior Judge Leo M. Gordon.

---

## ON PETITION FOR PANEL REHEARING

---

Before NEWMAN, REYNA, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue on May 27, 2021.

FOR THE COURT

May 20, 2021                    /s/ Peter R. Marksteiner
     Date                       Peter R. Marksteiner
                                Clerk of Court